S. LANE TUCKER
United States Attorney

GEORGE TRAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: george.tran@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>DOMINIQUE KYLE JAMES SWAIN,<br><br>and<br><br>ABIGAIL CORINNE ELAINE STURDEVANT,<br><br>        Defendants. | No. 3:23-cr-00048-SLG-KFR<br><br>COUNT 1<br>CONSPIRACY TO STRAW PURCHASE FIREARMS<br>   Vio. of 18 U.S.C. §§ 932(b)(1), (c)(1) and 922(d)(1)<br><br>COUNT 2<br>FELON IN POSSESSION OF FIREARMS<br>   Vio. of 18 U.S.C. §§ 922(g) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

INTRODUCTORY ALLEGATIONS

At all times relevant in this Indictment:

1.     Defendants DOMINIQUE KYLE JAMES SWAIN ("SWAIN") and ABIGAIL CORINNE ELAINE STURDEVANT ("STURDEVANT") were residents of Lane County, Oregon.

2.     STURDEVANT was not prohibited from purchasing firearms.

3.     SWAIN was prohibited from possessing and purchasing firearms.

4.     On or about April 13, 2018, SWAIN was convicted of Vehicle Theft in the First Degree, a felony, and Theft in the Second Degree, a felony, in the Superior Court for the State of Alaska, Third Judicial District, case number 3AN-17-06320CR.

5.     On or about May 1, 2020, SWAIN was convicted for a federal violation of Felon in Possession of a Firearm, a felony, in the matter of *United States v. Dominique Kyle James Swain*, in the United States District Court for the District of Alaska, case number 3:19-cr-00088-SLG.

6.     On or about December 17, 2021, SWAIN was arrested by the Eugene Police Department in Oregon for committing new criminal offenses.

7.     On or about January 13, 2022, the United States Probation Office petitioned the District Court for the District of Alaska to issue an arrest warrant because SWAIN violated his supervised release terms in his federal case number 3:19-cr-00088-SLG.

8.     On or about January 14, 2022, the United States District Court for the District of Alaska issued a warrant for SWAIN's arrest in his above federal case.

9. On or about February 26, 2022, law enforcement arrested SWAIN in Lane County, Oregon, causing him to be detained at a penal institution thereafter.

10. On or about March 22, 2022, SWAIN then appeared on his federal case in the United States District Court for the District of Oregon due to the arrest warrant where the court ordered SWAIN's continued detention and committed him to appear in the District of Alaska for his federal matter in case number 3:19-cr-00088-SLG.

11. Swain was then transported to the District of Alaska as an inmate and on or about June 2, 2022, SWAIN arrived in the District of Alaska as an in custody inmate.

12. On or about June 7, 2022, SWAIN then appeared at the Anchorage federal courthouse for his initial appearance hearing in case number 3:19-cr-00088-SLG relating to the violations of his supervised release terms.

THE CONSPIRACY
TO STRAW PURCHASE FIREARMS

13. From on or about July 7, 2022, and continuing until on or about December 2, 2022, within the District of Alaska and elsewhere, defendants SWAIN and STURDEVANT, knowing then and there that SWAIN had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, formed an agreement to make unlawful firearms transactions in which STURDEVANT, who defendants then and there knew was not prohibited from purchasing firearms, acted as the middleman and posed as the transferee in the purchases of firearms in the State of Oregon for, on behalf of, and at the request and demand of SWAIN, who defendants then and there knew was

prohibited from possessing firearms, all of which was committed while SWAIN was an inmate in custody at a penal institution.

## THE MANNER AND MEANS OF
## THE CONSPIRACY TO STRAW PURCHASE FIREARMS

The conspiracy formed and operated, in substance, in the following manner and were accomplished through the following overt acts, among others:

14. Between February and December 2022, while SWAIN was an inmate in custody, SWAIN and STURDEVANT communicated through phone calls in furtherance of their conspiracy to straw purchase firearms.

15. On or about February 27, 2022, while in prison, Swain contacted STURDEVANT by telephone. During the call, SWAIN confirmed with STURDEVANT that she was in possession of his firearm and directed STURDEVANT to store it.

16. On or about March 7, 9, and 14, 2022, while in prison, Swain contacted STURDEVANT by telephone. During the calls, SWAIN confirmed with STURDEVANT that she was still in possession of his firearm, and STURDEVANT maintained possession of SWAIN's firearm for him.

17. On or about July 7, 2022, SWAIN who by now was in prison in Alaska, called STURDEVANT, who was in Oregon, and instructed STURDEVANT during a call to inquire about available Hellcat and Rebel firearms at a local sporting goods store in Eugene, Oregon.

Case 3:23-cr-00048-SLG-MMS    Document 2    Filed 05/18/23    Page 4 of 12

18. Between on or about July 8 and 9, 2022, SWAIN and STURDEVANT, in furtherance of their conspiracy, discussed and determined the availability and acquisition of a POF-USA Rebel LR .22 and Springfield Armory Hellcat, including the specific Hellcat firearm model that SWAIN wanted STURDEVANT to purchase from the sporting goods store. STURDEVANT indicated to SWAIN that he would need to place an order for the Hellcat firearm. SWAIN agreed.

19. On July 9, 2022, STURDEVANT informed SWAIN she was attempting to locate for SWAIN the firearm he really wanted, either the Mini Draco or Micro Draco.

20. On or about July 31, 2022, SWAIN made a call to STURDEVANT instructing her to go into the sporting goods store.

21. On or about July 31, 2022, SWAIN made another call to STURDEVANT while she was inside the sporting goods store at the firearms counter. During this call, STURDEVANT informed SWAIN that the Hellcat "FDE" firearm was available at that sporting goods store and confirmed with SWAIN that he wanted that particular "FDE" version of the firearm, to which SWAIN affirmed.

22. On or about July 31, 2022, STURDEVANT executed a Firearms Transaction Record in Transaction Serial Number 33263 for the acquisition of the Springfield Armory Hellcat FDE 9mm-caliber pistol, serial number BB350344, declaring that she was the actual transferee and not acquiring the firearm on behalf of another person, when both SWAIN and STURDEVANT then and there intended to dispose of this firearm to SWAIN.

23. On or about July 31, 2022, STURDEVANT then paid for and purchased the Springfield Armory Hellcat 9mm-caliber pistol, serial number BB350344, while SWAIN remained on the phone with her during the firearm acquisition. STURDEVANT thereafter took possession of the pistol for, on behalf of, and at the request and demand of SWAIN.

24. Following the purchase of the Hellcat, on or about July 31, 2022, STURDEVANT informed SWAIN that she also looked at either the Mini Draco or Micro Draco.

25. On or about August 6, 2022, SWAIN told STURDEVANT that he wanted to get another, different Hellcat firearm because STURDEVANT did not get the version that SWAIN wanted, in reference to the Hellcat purchased by STURDEVANT on or about July 31, 2023 from the sporting goods store.

26. On or about August 6, 2022, STURDEVANT informed SWAIN about firearms and firearm accessories available at the sporting goods store.

27. On or about August 6, 2022, STURDEVANT then went to the local sporting goods store and executed a Firearms Transaction Record in Transaction Serial Number 33367 for the acquisition of the Romarm/Cugir Mini Draco 7.6 x 39mm-caliber pistol, serial number 21PG-1031, declaring that she was the actual transferee and not acquiring the firearm on behalf of another person, when both SWAIN and STURDEVANT then and there intended to dispose of this firearm to SWAIN.

28. On or about August 6, 2022, STURDEVANT did not then and there take possession of the of the Mini Draco pistol, serial number 21PG-1031, nor was it transferred to her until a later date.

29. On or about August 6, 2022, in furtherance of the conspiracy, SWAIN and STURDEVANT discussed SWAIN's need for a 60-round magazine "for that Mini," referencing the Romarm/Cugir Mini Draco pistol, and SWAIN instructed STURDEVANT to order one 60-round magazine.

30. On or about August 7, 2022, STURDEVANT confirmed on a call with SWAIN that she had ordered the 60-round magazine.

31. On or about August 9, 2022, STURDEVANT went to the local sporting goods store and executed a recertification at Section D of the same Firearms Transaction Record in Transaction Serial Number 33367 to then take possession of the Romarm/Cugir Mini Draco 7.6 x 39mm-caliber pistol, serial number 21PG-1031.

32. On or about August 9, 2022, STURDEVANT then paid for and purchased the Romarm/Cugir Mini Draco 7.6 x 39mm-caliber pistol, serial number 21PG-1031. STURDEVANT thereafter took possession of the pistol for, on behalf of, and at the request and demand of SWAIN.

33. On or about August 9, 2022, after STURDEVANT had received the 60-round magazine for a Micro Draco firearm, rather than for a Mini Draco, STURDEVANT was unable to seat the 60-round magazine into the Romarm/Cugir Mini Draco 7.6 x 39mm-caliber pistol, serial number 21PG-1031, that she had purchased.

SWAIN and STURDEVANT then discussed the error. SWAIN ordered STURDEVANT to immediately go exchange the purchased Mini Draco for a Micro Draco firearm.

34. Later in the day on or about August 9, 2022, STURDEVANT arrived at the sporting goods store, while SWAIN was on the call with her, to return the Mini Draco pistol and to acquire a Micro Draco firearm instead.

35. On or about August 9, 2022, STURDEVANT then executed a Firearms Transaction Record in Transaction Serial Number 33365 for the acquisition of the Romarm/Cugir Micro Draco 7.62 x 39mm-caliber pistol, serial number 22PMD-33020, declaring that she was the actual transferee and not acquiring the firearm on behalf of another person, when both SWAIN and STURDEVANT then and there intended to dispose of this firearm to SWAIN.

36. On or about August 9, 2022, after having returned the Mini Draco firearm, STURDEVANT then paid for and purchased the Romarm/Cugir Micro Draco 7.62 x 39mm-caliber pistol, serial number 22PMD-33020, while SWAIN remained on the phone with her during the firearm acquisition. STURDEVANT thereafter took possession of the Micro Draco pistol for, on behalf of, and at the request and demand of SWAIN.

37. Between a date unknown to the grand jury but not later than July 7, 2022, and continuing until December 2, 2022, STURDEVANT used her residence to store the above-described purchased firearms while SWAIN was in custody.

38. The allegations set forth in paragraphs 1 through 37 of this Indictment are hereby realleged and incorporated as if fully set forth herein.

39. Beginning on or about July 8, 2022, and continuing until on or about December 2, 2022, within the District of Alaska and elsewhere, the defendants, DOMINIQUE KYLE JAMES SWAIN and ABIGAIL CORINNE ELAINE STURDEVANT, did knowingly conspire to purchase, and did knowingly purchase, firearms, to wit:

(i) Springfield Armory, Model: Hellcat, Caliber: 9mm Pistol;

(ii) Romarm/Cugir, Model: Mini Draco, Caliber: 7.62 x 39mm Pistol; and

(iii) Romarm/Cugir, Model: Micro Draco, Caliber: 7.62 x 39mm Pistol,

in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of DOMINIQUE KYLE JAMES SWAIN, each knowing that DOMINIQUE KYLE JAMES SWAIN had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

All of which is in violation of 18 U.S.C. §§ 932(b)(1), (c)(1) and 922(d)(1).

COUNT 2

40. On or about July 31, 2022, and continuing until on or about December 2, 2022, within the District of Alaska and elsewhere, the defendant, DOMINIQUE KYLE JAMES SWAIN, knowing that he had been previously convicted of a crime punishable

by imprisonment for a term exceeding one year, knowingly possessed, in and affecting

interstate commerce, firearms, to wit:

(i)     Polymer 80, Model: PF940V2, Caliber: 9mm Pistol;

(ii)    Springfield Armory, Model: Hellcat, Caliber: 9mm Pistol;

(iii)   Romarm/Cugir, Model: Mini Draco, Caliber: 7.62 x 39mm Pistol; and

(iv)    Romarm/Cugir, Model: Micro Draco, Caliber: 7.62 x 39mm Pistol.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Prior Convictions
(COUNT 1 and COUNT 2)

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| May 1, 2020 | Felon in Possession of a Firearm | United States District Court for District of Alaska | 3:19-cr-00088 |
| April 13, 2018 | Vehicle Theft in the First Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-17-06320CR |
| April 13, 2018 | Theft in the Second Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-17-06320CR |

CRIMINAL FORFEITURE ALLEGATION

41.     The allegations contained in Counts 1 and 2 of this Indictment are hereby

realleged and incorporated by reference for the purpose of forfeiture pursuant to

18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of

Criminal Procedure.

Case 3:23-cr-00048-SLG-MMS     Document 2     Filed 05/18/23     Page 10 of 12

42.    Upon conviction for the offense in violation of 18 U.S.C. §§ 932(b)(1), (c)(1), 922(d)(1), 922(g), and 924(a)(8), set forth in Counts 1 and 2 of this Indictment, the defendants, DOMINIQUE KYLE JAMES SWAIN and ABIGAIL CORINNE ELAINE STURDEVANT shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

(1)    Polymer 80, Model: PF940V2, Caliber: 9mm Pistol, bearing no serial number;

(2)    Springfield Armory, Model: Hellcat, Caliber: 9mm Pistol, Serial Number BB350344;

(3)    Romarm/Cugir, Model: Micro Draco, Caliber: 7.62 x 39mm Pistol, Serial Number 22PMD-33020;

(4)    FN, Model: Five Seven, Caliber: 5.7 Pistol, Serial Number 386426275;

(5)    Glock, Model: 30s, Caliber: .45 Pistol, Serial Number BYAP444;

(6)    Great Lakes Firearms and Ammunition, Model: GL-15, Caliber: .223, Serial Number 5050.3912;

(7)    60-Round Magazine for a Romarm/Cugir Micro Draco; and

(8)    Any and all other associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and Rule 32.2(a), Federal

Rules of Criminal Procedure.


A TRUE BILL


<u>s/ Grandy Jury Foreperson</u>
GRAND JURY FOREPERSON


<u>s/ George Tran</u>
GEORGE TRAN
Assistant U.S. Attorney
United States of America


<u>s/ Kate Vogel for</u>
S. LANE TUCKER
United States Attorney


DATE: <u>5/17/2023</u>